

**NUMBER 13-22-00346-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI – EDINBURG**

---

**WILLIAM FAT-ANTHONY,** **Appellant,**

**v.**

**LA FE GROUP FAMILY LIMITED PARTNERSHIP,** **Appellee.**

---

**On appeal from the County Court at Law No. 7
of Hidalgo County, Texas.**

---

**MEMORANDUM OPINION**

**Before Justices Longoria, Hinojosa, and Silva
Memorandum Opinion by Justice Hinojosa**

Appellant William Fat-Anthony appealed a final judgment rendered against him in trial court cause number CL-22-2106-G in the County Court at Law No. 7 of Hidalgo County, Texas. Appellant has now filed a motion to dismiss this appeal on grounds that the parties have reached an agreement regarding the resolution of this matter. Appellant thus requests that we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The Court, having examined and fully considered appellant's motion to dismiss the appeal, is of the opinion that it should be granted. *See id.* Accordingly, we grant appellant's motion to dismiss and we dismiss the appeal. Costs will be taxed against appellant. *See id*. R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

LETICIA HINOJOSA
Justice

Delivered and filed on the
15th day of September, 2022.